# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

|  |  |
|---|---|
| In re | ) Chapter 7 |
|  | ) |
| CLAYTON ALFRED BURTON and | ) Case No. 3-13-bk-13113 |
| HAE SUK BURTON, | ) |
|   Debtor(s) | ) |
|  | ) |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORPORATION
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Recovery Management Systems Corporation, as authorized agent for GE Capital Retail Bank (LOWE'S PROJECT CARD [Last four digit of account:4444]), a creditor in the above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    GE Capital Retail Bank
    c/o Recovery Management Systems Corporation
    25 SE 2nd Avenue, Suite 1120
    Miami, FL 33131-1605
    Telephone: (305) 379-7674
    Facsimile: (305) 374-8113
    E-mail: claims@recoverycorp.com

Dated: Miami, Florida
February 8, 2014

                      By: /s/ Ramesh Singh

                      Ramesh Singh
                      c/o Recovery Management Systems Corporation
                      Financial Controller
                      25 SE 2nd Avenue, Suite 1120
                      Miami, FL 33131-1605
                      (305) 379-7674

Assignee Creditor: LOWE'S PROJECT CARD [Last four digit of account:4444]