UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 7 |
| CLAYTON ALFRED BURTON | : CASE NO. 13-13113-WHD |
| HAE SUK BURTON | : JUDGE W.H. DRAKE, JR. |
| Debtor(s) | : |

### MOTION TO APPROVE COMPROMISE

Now comes THEO D. MANN, duly qualified and acting as Trustee in the above-styled matter, and shows the Court as follows:

1.

The Debtors in this case have scheduled personal property valued in excess of the allowable exemptions with regard to the 2004 Lexus GX470 and the 2007 Chevy Avalanche LT.

2.

The Debtors have offered to compromise their claims of exemption on the basis that they will claim no exemption in the 2007 Chevy Avalanche LT, surrender vehicle to the Trustee to be sold at public auction, and that the Debtors retain the 2004 Lexus GX470 as their allowed exemption, by using their exemption on both vehicles to exempt the Lexus.

3.

The Trustee believes that said settlement is fair and reasonable and in the best interest of the estate and should be approved by the Court.

4.

WHEREFORE, the Trustee prays for leave to compromise his claim against the Debtors with regard to these vehicles by accepting the 2007 Chevy Avalanche LT, which will be sold at public auction, and allowing the Debtors to retain the 2004 Lexus GX470 and that he be

authorized to execute such documents as may be reasonable and necessary to evidence the release of the Trustee's claim against the remainder of said vehicle.

  This 25th day of March, 2014.

              MANN WOOLDRIDGE KNEIDEL, P.C.

            By: /s/ *Theo D. Mann*
              Theo D. Mann
              Attorney for Trustee
              State Bar No. 469150

P. O. Box 310
Newnan, GA  30264-0310
(770) 253-2222
tmann@mwklaw.org

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 7 |
| CLAYTON ALFRED BURTON | : CASE NO. 13-13113-WHD |
| HAE SUK BURTON | : JUDGE W.H. DRAKE, JR. |
| Debtor(s) | : |

## NOTICE OF HEARING ON TRUSTEE'S MOTION
## TO APPROVE COMPROMISE

TO:   The Debtors, all Creditors and other parties in interest

Notice is hereby given pursuant to the Bankruptcy Rules that the Trustee, Theo D. Mann, has filed a Motion to Approve Compromise in the above-styled proceeding.  The terms of the compromise are as follows:

The Debtors in this case have scheduled personal property valued in excess of the allowable exemptions with regard to the 2004 Lexus GX470 and the 2007 Chevy Avalanche LT.  The Debtors have offered to compromise their claims of exemption on the basis that they will claim no exemption in the 2007 Chevy Avalanche LT, surrender vehicle to the Trustee to be sold at public auction, and that the Debtors retain the 2004 Lexus GX470 as their allowed exemption by using their exemption on both vehicles to exempt the Lexus.

Notice is hereby given that you have twenty-one (21) days from the date of this notice to file written objections to said Motion to Approve Compromise and such objections should be filed with the U. S. Bankruptcy Court, P. O. Box 2328, Newnan, GA 30264-2328 and a copy sent to Theo D. Mann, P. O. Box 310, Newnan, GA 30264-0310.   In the event of objection, the same will be heard at the U. S. Bankruptcy Court, Federal Building, Second Floor Courtroom, 18 Greenville Street, Newnan, Georgia, on the 2nd day of May, 2014, at 10:10 o'clock, A.M.

Dated this 25th day of March, 2014.

MANN WOOLDRIDGE KNEIDEL, P.C.

By:   /s/ *Theo D. Mann*
     Theo D. Mann
     Attorney for Trustee
     State Bar No. 469150

P. O. Box 310
Newnan, GA  30264-0310
(770) 253-2222
tmann@mwklaw.org

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 7 |
| CLAYTON ALFRED BURTON | : CASE NO. 13-13113-WHD |
| HAE SUK BURTON | : JUDGE W.H. DRAKE, JR. |
| Debtor(s) | : |

### CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing Motion to Approve Compromise including Notice of Hearing upon:

Clayton Alfred Burton
Hae Suk Burton
450 Birkdale Drive
Fayetteville, GA  30215

Tara L. Moulds
Moulds & Moulds, PC
2004 Commerce Drive North, Suite 2004
Peachtree City, GA  30269

United States Trustee
362 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

with the Notice of Hearing served upon all creditors and parties in interest listed on the attached matrix by placing a copy of same in the United States Mail in properly addressed envelopes with adequate postage thereon to insure delivery.

This 25th day of March, 2014.

MANN WOOLDRIDGE KNEIDEL, P.C.

By:     /s/ *Theo D. Mann*
    Theo D. Mann
    Attorney for Trustee
    State Bar No. 469150

P. O. Box 310
Newnan, GA  30264-0310
(770) 253-2222
tmann@mwklaw.org

Bank First/BB & T
Bankruptcy Dept
Po Box 1847
Wilson, NC 27894-1847

BB AND T
PO BOX 1847
WILSON NC 27894-1847

Branch BB&T
Po Box 2306
Wilson, NC 27894-2306

Chase
PO Box 15298
Wilmington, DE 19850-5298

City Ntl Bk/Ocwen Loan Service
Attn: Bankruptcy
P.O. Box 24738
West Palm Beach, FL 33416-4738

Clayton Alfred Burton
450 Birkdale Drive
Fayetteville, GA 30215-2722

Collection Bureau of Newnan
PO Box 1111
Newnan, GA 30264-1111

Coweta Fayette EMC
807 Collinsworth Road
Palmetto, GA 30268-9442

CSRA Local Development Corp
3023 Riverwatch Pkwy
Suite A
Augusta, GA 30907-2016

GE Capital Retail Bank
c/o Recovery Management Systems
Corporat
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Georgia Department of Revenue
Compliance Division
ARCS Bankruptcy
1800 Century Blvd., NE, Suite 9100
Atlanta, GA 30345-3202

Hae Suk Burton
450 Birkdale Drive
Fayetteville, GA 30215-2722

Holiday Hospitality Franchising LLC
Nimesh Patel
3 Ravinia Drive, Suite 100
Atlanta, GA 30346-2121

Hyon Engebretsen
8232 Nevada Circle
Bloomington, MN 55438-1125

InterContinental Hotels Group
11580 Great Oaks Way
Alpharetta, GA 30022-2424

InterContinental Hotels Group
PO Box 101074
Atlanta, GA 30392-1074

Michael A. Caldwell
DeLong, Caldwell, Bridgers & F
101 Marietta St, Suite 3100
Atlanta, GA 30303-2731

Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303-3315

Paul & Helen Burton
8855 Ashgrove House Ln
Vienna, VA 22182-5503

Pnc Mortgage
3232 Nemark Dr
Miamisburg, OH 45342-5433

R Shane Lazenby
Forrester & Brim
PO Box 1688
Gainesville, GA 30503-1688

Recovery Management Systems
Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Region/ams
216 PO Box
Birmingham, AL 35201-0216

Regions Bank
PO Box 11407
Drawer 550
Birmingham, AL 35246-0001

Robert Engebretsen
8232 Nevada Circle
Bloomington, MN 55438-1125

Robert Engebretsen
c/o Charles Bridgers
DeLong, Caldwell, Bridgers & Fitzpatrick
3100 Centennial Tower
101 Marietta Street

SBA - Georgia District Office
233 Peachtree Street NE
Suite 1900
Atlanta, GA 30303-1508

Scott Schwartz
Bullseye Auction & Appraisal
Suite F
500 Pike Park Drive
Lawrenceville, GA 30046-2416

Small Business Administration
2120 Riverfront Drive Ste 100
Little Rock, AR 72202-1794

Soyong Shin
3116 Valentino Ct
Oakton, VA 22124-2833

Sutherland's Foodservice, Inc
PO Box 786
Forest Park, GA 30298-0786

Sutherland's Foodservice, Inc.
16 Forest Parkway
Building K; Unit 2
Forest Park, GA 30297-2015

Tara L. Moulds
Moulds & Moulds, PC
Suite 205
2004 Commerce Drive North
Peachtree City, GA 30269-3564

U.S. FoodService, Inc
9399 West Higgins Road
Suite 500
Des Plaines, IL 60018-4992

Unlimited Restaurant LLC
1240 Powers Ferry Commons
Suite 110
Marietta, GA 30067-1632

USAA Federal Savings Bank MC
10750 Mcdermott Fwy
San Antonio, TX 78288-1600

USAA Savings Bank AmEx
10750 Mcdermott
San Antonio, TX 78288-1600

USAA Savings Bank
10750 McDermott
San Antonio, TX 78288-1600

USAA Savings Bank
PO Box 47504
San Antonio, TX 78265-7504

Vivian Hudson Uchitel
Simpson, Uchitel & Wilson
3490 Piedmont Road St. 300
Atlanta, GA 30305-4808

Wells Fargo Bank Nv Na
Bankruptcy MAC# P6103-05K
Po Box 3908
Portland, OR 97208-3908

William E. Turnipseed
Savell & Williams
233 Peachtree St 2700 HarrisTw
Atlanta, GA 30303